JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486  41st Street, # 3
Oakland, CA 94609
(510) 420-0324

**\*E-FILED ON 6/27/05\***

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.A., a minor, by and through his guardian ad litem, CARMEN POLK,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF SAN JOSE, a municipal corporation; ROBERT DAVIS, in his capacity as Chief of Police for CITY OF SAN JOSE; and DOES 1-25, inclusive, individually, and in their capacity as police officers for CITY OF SAN JOSE,<br><br>　　　　　　　　　Defendants.　　　／ | No.  C-05-01986-HRL<br><br>**STIPULATION AND ORDER FOR WITHDRAWAL OF ATTORNEY** |

**STIPULATION**

　　Plaintiff's attorneys to this action, hereby stipulate as follows:

　　1.  Neither Gayla B. Libet, Esq., nor the Law Offices of Gayla B. Libet have a contract with plaintiff to serve as plaintiff's counsel in this action.

　　2.  John L. Burris, Esq., and the Law Offices of John L. Burris have a contract with plaintiff to serve as plaintiff's counsel in this action;

STIPULATION AND ORDER FOR WITHDRAWAL OF ATTORNEY

1

3.  Gayla B. Libet, Esq., and the Law Offices of Gayla B. Libet have represented plaintiff in this action through independent contract with John L. Burris, Esq., and the Law Offices of John L. Burris, and with the agreement and knowledge of plaintiff;

4.  Gayla B. Libet, Esq., and the Law Offices of Gayla B. Libet hereby withdraw as attorneys of record for plaintiff in this case.

5.  John L. Burris, Esq., and the Law Offices of John L. Burris are the remaining attorneys of record for plaintiff in this action.

LAW OFFICES OF JOHN L. BURRIS

Dated: JUNE 13, 2005         By:         /S/
                                  JOHN L. BURRIS, Esq.
                                  Attorneys for Plaintiff


LAW OFFICES OF GAYLA B. LIBET


Dated: JUNE 10, 2005         By:         /S/
                                  GAYLA B. LIBET, Esq.
                                  Attorneys for Plaintiff

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: June 27, 2005              /s/ Howard R. Lloyd
                                  HONORABLE HOWARD R. LLOYD
                                  United States District Court Judge

STIPULATION AND ORDER FOR WITHDRAWAL OF ATTORNEY                2