cao.main@sanjoseca.gov
RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
ROBERT B. BURCHFIEL, Senior Deputy City Attorney (#112318)
Office of the City Attorney
200 East Santa Street
San Jose, California 95113-1905
Telephone: (408) 535-1900

*ORDER E-FILED ON 7/18/06*

Attorneys for Defendants
CITY OF SAN JOSE and ROBERT DAVIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.A., a minor, by and through his Guardian ad Litem, CARMEN POLK,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN JOSE, a municipal corporation; ROBERT DAVIS, in his capacity as Chief of Police for CITY OF SAN JOSE; and DOES 1-25, inclusive,<br><br>Defendants. | CASE NO.: C05-01986 RMW<br><br>**STIPULATION AND ORDER RE PRODUCTION OF PERSONNEL INTERNAL AFFAIRS FILES** |

Plaintiff in the above entitled action, D.A., a minor, by and through his Guardian ad Litem, Carmen Polk, and defendants City of San Jose and Robert Davis, hereby stipulate as follows:

1.  Plaintiff served a Request for Production of Documents which includes a request for the Internal Affairs files of Officers Crader, Alexander, Gunsky, Dudolski and Reserve Collins, including any and all records pertaining to discipline or allegations of excessive force, dishonesty, fabrication and falsification of evidence or police reports. Defendants have informally advised plaintiff's counsel that they oppose a blanket production of these officers' personnel files on the basis of the confidential nature of these files.

The parties have met and conferred on this issue and have agreed to the production of the Internal Affairs files of these five officers to the Court for an in-camera

inspection and determination as to what, if any, documents from these files defendants will be obligated to produce as follows:

    a. Officer Crader: Excessive force, dishonesty, fabrication and falsification of evidence.

    b. Officer Alexander: Excessive force, dishonesty, fabrication and falsification of evidence.

    c. Officer Gusky: Excessive force, dishonesty, fabrication and falsification of evidence.

    d. Officer Dudolsky: Dishonesty, fabrication and falsification of evidence.

    e. Reserve Collins: Dishonesty, fabrication and falsification of evidence

Following the Court's in-camera inspection, defendants will produce to plaintiff any documents the Court orders produced, subject to a suitable protective order, substantially similar to the proposed protective order attached hereto.

**IT IS SO STIPULATED:**

Dated: 6/23/06

By: _____
BEN NISENBAUM
Attorneys for Plaintiff

Date: _____

By: _____
PEGGY DOYLE
Attorney for Defendants

inspection and determination as to what, if any, documents from these files defendants will be obligated to produce as follows:

    a. Officer Crader: Excessive force, dishonesty, fabrication and falsification of evidence.

    b. Officer Alexander: Excessive force, dishonesty, fabrication and falsification of evidence.

    c. Officer Gusky: Excessive force, dishonesty, fabrication and falsification of evidence.

    d. Officer Dudolsky: Dishonesty, fabrication and falsification of evidence.

    e. Reserve Collins: Dishonesty, fabrication and falsification of evidence

Following the Court's in-camera inspection, defendants will produce to plaintiff any documents the Court orders produced, subject to a suitable protective order, substantially similar to the proposed protective order attached hereto.

**IT IS SO STIPULATED:**

Dated: _____          By: _____
                                    BEN NISENBAUM
                                    Attorneys for Plaintiff

Date: 7-11-06                   By: _____
                                    PEGGY DOYLE
                                    Attorney for Defendants

| | |
|---|---|
| Date: 6/30/06 | RICHARD DOYLE<br>City Attorney<br><br>By: _____<br>ROBERT B. BURCHFIEL<br>Senior Deputy City Attorney<br><br>Attorneys for Defendants<br>CITY OF SAN JOSE, and ROBERT DAVIS |

**IT IS SO ORDERED:** No later than July 24, 2006, defendants shall submit the documents to this court for an in camera review.

Dated: July 18, 2006

_____
MAGISTRATE JUDGE HOWARD R. LLOYD

3

STIPULATION AND ORDER RE PRODUCTION OF PERSONNEL INTERNAL AFFAIRS FILES
05-01986 RMW                                                                                          363210.doc