**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Peggy S. Doyle, SBN 176483
Sasha M. Cummings, SBN 195495
One Sansome Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendants
CITY OF SAN JOSE and ROBERT DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 8/3/06*

| | |
|---|---|
| D.A., a minor, by and through his guardian ad-litem, CARMEN POLK, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SAN JOSE, a municipal corporation; ROBERT DAVIS, in his capacity as Chief of Police for CITY OF SAN JOSE; and DOES 1-25 inclusive, individually, and in their capacity as police officers for CITY OF SAN JOSE, <br><br> Defendants. | CASE NO.:   C-05-01986 <br><br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL** |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective

counsel of record, that trial of the above-entitled action currently set for October 9, 2006, be

continued to April 2, 2007, based upon the following:

1.       This lawsuit for personal injuries and alleged civil rights violations arises out of an

incident on May 16, 2004, during a "Bomb" concert at the HP Pavilion in San Jose, California.

Suit was filed on May 13, 2005.  At the Initial Case Management Conference on November 4,

2005, the matter was set for trial on October 9, 2006.

2.       On May 23, 2006, the Court approved a substitution of attorneys on behalf of the

defendants to permit representation by the law firm of Lewis Brisbois Bisgaard & Smith, LLP, in

place of the San Jose City Attorney's Office.

4849-3409-6129.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

3.      The parties are completing preliminary discovery necessary to engage in an Early Settlement Conference.  The discovery consists of deposing the plaintiff, which is set for July 18, 2006; production of documents by the CITY following an *in camera* review by Magistrate Judge Howard Lloyd; and deposing three off-duty San Jose police officers working for the HP Pavilion at the time of the incident.  The latter depositions will be taken on September 6-7, 2006, assuming Judge Lloyd has had an opportunity to complete his *in camera* review of the CITY's documents and discoverable material has been produced to the plaintiff.

4.      The parties request the following schedule to accommodate the change in counsel and preliminary discovery in anticipation of an Early Settlement Conference:

|  | Current dates | Requested dates |
|---|---|---|
| **DISCOVERY** | | |
| Designation of experts | May 19, 2006 | November 10, 2006 |
| Designation of rebuttal experts | July 21, 2006 | January 12, 2007 |
| Close of fact and expert discovery | August 11, 2006 | February 2, 2007 |
| **MOTION CUT-OFF (HEARING)** | | |
| Including dispositive motions | August 25, 2006 | February 16, 2007 |
| **SETTLEMENT CONFERENCE** | | |
| Prior to | March 5, 2006 | October 31, 2006 |
| **PRE-TRIAL CONFERENCE** | | |
| Hearing | September 28, 2006 | March 22, 2007 |
| Joint pre-trial statement | September 22, 2006 | March 16, 2007 |
| **MOTIONS IN LIMINE AND OBJECTIONS TO EVIDENCE** | | |
| | September 14, 2006 | March 8, 2007 |
| **TRIAL** | October 9, 2006 | April 2, 2007 |

All other requirements set forth in the Court's Order Following Initial Case Management Conference filed on January 11, 2006, and other applicable Rules of Court and Standing Orders shall apply.

///

STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL
CASE NO. C-05-01986

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

**IT IS SO STIPULATED**

DATED: July 14, 2006                    LAW OFFICE OF JOHN L. BURRIS

By _____
   Benjamin Nisenbaum
   Attorneys for Plaintiff

DATED: July 17, 2006                    LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
   Peggy S. Doyle
   Attorneys for Defendants

**IT IS SO ORDERED**

DATED: ____8/3_____, 2006

/S/ RONALD M. WHYTE
_____
HONORABLE RONALD M. WHYTE
Judge of the United States District Court

4849-3409-0129.1

-3-

STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL
CASE NO. C-05-01986-

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

**PROOF OF SERVICE**
*D.A., a minor, through Carmen Polk v. City of San Jose, et al.*
Case No. C05-01986

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

 I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104.

 On July 17, 2006, I served the following document described as **STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL** on all interested parties in this action by placing [X] a true copy   [  ] the original thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| John L. Burris | **Attorney for Plaintiff** |
| Ben Nisenbaum | |
| Law Office of John L. Burris | Tel: 510-839-5200 |
| 7677 Oakport Street, Suite 1120 | Fax: 510-839-3882 |
| Oakland, CA 94621 | |

[ ] (BY FACSIMILE) The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission.

[X] (BY MAIL, 1013a, 2015.5 C.C.P.)

 [X] I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (BY OVERNIGHT DELIVERY/COURIER)

 [X] I deposited such envelope in a box or facility regularly maintained by the express service carrier in an envelope or package designated by the express service carrier with delivery fees provided for.

[ ] (BY MESSENGER) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a messenger for personal service. (A proof of service executed by the messenger will be filed in compliance with the *Code of Civil Procedure*.)

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

 Executed on July 17, 2006, at San Francisco, California.

                           ANNA VILLANUEVA

4835-6268-5953.1

PROOF OF SERVICE