*E-FILED ON 9/5/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| D.A., a minor, by and through his guardian ad litem, CARMEN POLK, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SAN JOSE, ROBERT DAVIS, in his capacity as Chief of Police for the CITY OF SAN JOSE; and DOES 1-25, inclusive, <br><br> Defendants. | No. C05-01986 HRL <br><br> **ORDER RE *IN CAMERA* REVIEW AND PROTECTIVE ORDER** |

On July 18, 2006, this court approved the parties' stipulation for an *in camera* review of Internal Affairs files for certain identified officers. Pursuant to that order, the documents were to have been delivered by July 24, 2006; however, the documents were not received by this court until August 30, 2006. Nevertheless, having reviewed the files submitted, IT IS ORDERED THAT defendants shall produce the documents marked SJ0038-111 to plaintiff's counsel **forthwith, and in any event, no later than September 15, 2006**. The documents produced shall be subject to the following protective order:

1.   The documents are to be treated as confidential and are to be used for the purpose of the above-captioned litigation only.

2.   The documents and their contents may only be disclosed by plaintiff or

1  plaintiff's attorneys on an as-needed basis, solely for purposes of this litigation.  These
2  confidential documents shall not be disseminated to third parties and shall not be used in any
3  other litigation.  Photocopies of the documents shall not be made.  Counsel will advise persons
4  given access to the documents of the confidentiality of the documents.
5      3.    Upon the conclusion of this litigation by final judgment, dismissal, or settlement,
6  all such confidential documents shall be returned to the Office of the City Attorney, located at
7  200 E. Santa Clara Street, San Jose, CA 951113-1905.
8  Dated:   September 5, 2006

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **5:05-cv-1986 Notice will be electronically mailed to:**

2  John L. Burris john.burris@johnburrislaw.com, jlblawofcs@worldnet.att.net

3  Peggy S. Doyle doyle@lbbslaw.com

4  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

3