LEWIS BRISBOIS BISGAARD & SMITH LLP
Peggy S. Doyle, SBN 176483
Sasha M. Cummings, SBN 195495
One Sansome Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendants
CITY OF SAN JOSE and ROBERT DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 2/6/07*

| | |
|---|---|
| D.A., a minor, by and through his guardian ad-litem, CARMEN POLK,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, a municipal corporation; ROBERT DAVIS, in his capacity as Chief of Police for CITY OF SAN JOSE; and DOES 1-25 inclusive, individually, and in their capacity as police officers for CITY OF SAN JOSE,<br><br>Defendants. | CASE NO.:  C-05-01986 -RMW<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION |

   **IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record, that the above-entitled action be dismissed with prejudice, each party to bear its own costs and fees.

   **IT IS SO STIPULATED**

   DATED: November___, 2006         LAW OFFICE OF JOHN L. BURRIS

                                    By _____
                                       BENJAMIN NISENBAUM
                                       Attorneys for Plaintiff

4812-3866-7009.1

DATED: January 5, 2007          LEWIS BRISBOIS BISGAARD & SMITH LLP

                                By _____/s/ Peggy S. Doyle_____
                                   PEGGY S. DOYLE
                                   Attorneys for Defendants

## ORDER

Pursuant to stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that the above-entitled action be dismissed with prejudice, each party to bear its own costs and fees.

DATED: 2/6/07 , ~~2006~~

_____/s/ Ronald M. Whyte_____
HONORABLE RONALD M. WHYTE
Judge of the United States District Court

**PROOF OF SERVICE**
*D.A., a minor, through Carmen Polk v. City of San Jose, et al.*
Case No. C05-01986

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

   I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104.

   On January 5, 2007, I served the following document described as **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION** on all interested parties in this action by placing [X] a true copy   [ ] the original thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| John L. Burris | **Attorney for Plaintiff** |
| Ben Nisenbaum | |
| Law Office of John L. Burris | Tel: 510-839-5200 |
| 7677 Oakport Street, Suite 1120 | Fax: 510-839-3882 |
| Oakland, CA 94621 | |

[X]   (BY MAIL, 1013a, 2015.5 C.C.P.)

   [X]   I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

   Executed on January 5, 2007, at San Francisco, California.

ANNA VILLANUEVA